No. 99–6967. ENOCH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–6971. GREEN ET AL. v. SOMMERS. C. A. 11th Cir. Certiorari denied.

No. 99–6972. FINK v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6976. MORA v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT, DIVISION ONE. Sup. Ct. Cal. Certiorari denied.

No. 99–6985. BARTON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–6992. MAHON v. COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6998. BUCHANAN v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6999. BAKER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–7002. PHILIPPE v. LACY, SUPERINTENDENT, BARE HILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7009. BEETS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7011. MINER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 99–7015. VAZQUEZ v. DUFRAIN, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7020. THOMAS v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–7024. DUKE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.